IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD J. DOUGHERTY and <br> HENRIETTA D'AGOSTINO : <br>  : <br>  : CIVIL ACTION <br> v.  : <br>  : NO. 14-2262 <br> VFG, LLC f/k/a VOYAGER FINANICAL : <br> GROUP, LLC, ET AL.  : | |

## O R D E R

**AND NOW**, this  28th  day of July, 2015, upon consideration of the Motion for Reconsideration filed by Defendant, Cetera Financial Specialists, LLC, as successor by merger to Genworth Financial Securities Corporation ("Cetera") (ECF No. 16), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Cetera's Motion for Reconsideration is **GRANTED**;

2. The Order entered by the Court of Common Pleas of Bucks County, Pennsylvania on March 28, 2014, denying the request for arbitration, is **VACATED**;

3. Cetera and Defendant John T. Oates, Jr. shall proceed to arbitration with Plaintiffs, conducted in accordance with applicable FINRA Rules, to resolve the claims asserted by Plaintiffs' against them;

4. Plaintiffs, Cetera, and Oates shall schedule the arbitration to occur within a reasonable time after entry of this Order. Counsel for Plaintiffs shall advise this Court in writing regarding the status of this matter immediately upon the resolution of the arbitration proceedings;

5. Oates' Motion to Dismiss (ECF No. 35) is **DISMISSED** as moot;

6. The FDIC-Receiver's Motion to Dismiss (ECF No. 36) is **DENIED**, without prejudice, to be re-filed if appropriate after the conclusion of the arbitration between Plaintiffs, Cetera, and Oates;

7. The Clerk shall place this matter in **CIVIL SUSPENSE** pending resolution of the arbitration between Plaintiffs, Cetera, and Oates.

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**